**No. 49039.**—Protests 29764–K, etc., of F. W. Woolworth Co. (Boston).

Opinion by OLIVER, P. J. It was stipulated that the figures in question are in chief value of lead, not plated, and are similar to those the subject of *United States* v. *Woolworth* (28 C. C. P. A. 196, C. A. D. 145), the record in which case was incorporated herein. In accordance therewith the claim under paragraph 397 and T. D. 49753 was sustained.

**No. 49040.**—Protest 104761–K of Wm. Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 37637 the protest was sustained.

**No. 49041.**—Protest 976240–G of New York Mdse. Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the horns in question are similar to merchandise covered by Abstract 40185. In accordance therewith the claim at 45 percent under paragraph 397 was sustained.

DECEMBER 17, 1943

**No. 49042.**—SUIT 4428. —*United States* v. *Globe Shipping Co., Inc.* C. D. 700 affirmed November 1, 1943. C. A. D. 254.

DECEMBER 20, 1943

**No. 49043.**—SUIT 4450. —*United States* v. *Pacific Customs Brokerage Co.* C. D. 754 affirmed November 1, 1943. C. A. D. 256.